IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CATAGNUS,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK CORPORATION, ARAMARK SERVICES MANAGEMENT OF PA, INC., ARAMARK HEALTHCARE SUPPORT SERVICES, INC., DOROTHY HOMONY and HECTOR OLMO,<br><br>    Defendants. | CIVIL ACTION NO. 02-3529 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of defendants ARAMARK Corporation, ARAMARK Services Management of PA, Inc., ARAMARK Healthcare Support Services, Inc. and Hector Olmo in the above-captioned matter.

Date: August 19, 2002

*/s/ Leslie C. Safran*
John B. Langel (ID No. 20742)
David S. Fryman (ID No. 57623)
Leslie C. Safran (ID No. 80486)
Leah B. Lipskar (ID No. 88339)

Counsel for Defendants ARAMARK Corporation, ARAMARK Services Management of PA, Inc., ARAMARK Healthcare Support Services, Inc. and Hector Olmo

OF COUNSEL:
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

PHL_A #1654783 v1

## CERTIFICATE OF SERVICE

I, Leslie C. Safran, hereby certify that on this day I served copies of the Entry of Appearance by sending the same by First Class mail, postage prepaid, as follows:

>Joel Fishbein, Esquire
>Abrahams, Loewenstein & Bushman, P.C.
>One Liberty Place, Suite 3100
>1650 Market Street
>Philadelphia, PA  19103-7392
>
>and
>
>Stephen Whinston, Esquire
>Berger & Montague, P.C.
>1622 Locust Street
>Philadelphia, PA  19103
>
>Attorneys for Plaintiff
>
>Neil Hamburg, Esquire
>Hamburg & Golden, P.C.
>1601 Market Street, Suite 565
>Philadelphia, PA  19103-1443
>(215) 255-8592
>
>Attorney for Individual Defendant Dorothy Homony

Dated:  August 19, 2002

_____
Leslie C. Safran