:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE CATAGNUS                                CIVIL ACTION

      v.

ARAMARK CORPORATION, ET AL

                                  02-3529

**O R D E R**

AND NOW, this 29TH day of AUGUST, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **SEPTEMBER 11 2002** at **9:15**AM in Room 8^(TH) FLOOR - room 8613. (Court Room Deputy 267-299-7419)

PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.

Plaintiff is to notify all parties of this conference.

ATTEST:                                    or     BY THE COURT


BY:   ANGELA J. MICKIE                     _____
        Deputy Clerk                        Judge

Civ 12 (9/83)