IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE CATAGNUS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-3529 |
| | : | |
| v. | : | |
| | : | |
| ARAMARK CORPORATION, ET. AL., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this ____ day of September, 2002, it is hereby ORDERED that the Scheduling Order issued in this case is AMENDED as follows:

1. The parties will exchange the initial disclosures set forth in Rule 26(a)(1) on September 27, 2002;

2. The parties will exchange any written discovery on or before October 1, 2002;

3. All depositions will be taken after November 4, 2002;

4. All discovery is to be completed by February 28, 2003;

5. Dispositive motion are due on or before March 31, 2003.

BY THE COURT:

_____
J. CURTIS JOYNER, J.