IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bonita Barabin, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 01-4161 |
| vs. | : | |
| ARAMARK Corp., et al. | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| Michelle Catagnus, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-3529 |
| vs. | : | |
| ARAMARK Corp., et al. | : | |
| Defendants. | : | |

### JOINT MOTION TO EXTEND DISCOVERY

The parties respectfully move the Court to enter an Order extending the time period allotted for fact discovery and all corresponding pretrial deadlines by a period of sixty days. Thus, fact discovery, which is currently set to conclude on July 3, 2003, shall conclude on Tuesday, September 2, 2003.

Dated: June 17, 2003

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

*[signature]*

JOHN B. LANGEL
DAVID S. FRYMAN
LEAH B. LIPSKAR
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel:   (215) 665-8500
Fax:   (215) 864-8999

HAMBURG & GOLDEN, P.C.

*[signature]*

NEIL HAMBURG
MICHAEL E. SACKS
1601 Market Street, Suite 565
Philadelphia, PA 19103-1443
Tel:   (215) 255-8590
Fax:   (215) 255-8583

Attorneys for Defendants

Respectfully submitted,

BERGER & MONTAGUE, P.C.

*[signature]*

STEPHEN A. WHINSTON
JONATHAN AUERBACH
SHANON J. CARSON
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-3053

ABRAHAMS, LOEWENSTEIN & BUSHMAN

*[signature]*

JOEL I. FISHBEIN
Three Parkway, Suite 1300
16th & Cherry Streets
Philadelphia, Pennsylvania 19103
Tel: (215) 561-1030
Fax: (215) 587-0888

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Leah B. Lipskar, hereby certify that on June 18, 2003, I caused a true and correct copy of the foregoing Joint Motion To Extend Discovery to be served on the following counsel:

### By First Class Mail And Facsimile

Shanon J. Carson
**Berger & Montague. P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-3053 (Fax)

Michael E. Sacks, Esquire
**Hamburg & Golden, P.C.**
1601 Market Street, Suite 565
Philadelphia, PA 19103-1443
(215) 255-8590
(215) 255-8583 (Fax)

*/s/ Leah B. Lipskar*
Leah B. Lipskar