IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONITA BARABIN, ET. AL. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 01-4161 |
| ARAMARK CORP., ET. AL. | : |
| MICHELLE CATAGNUS | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-3529 |
| ARAMARK CORP., ET. AL. | : |

**ORDER**

\_\_\_\_\_AND NOW, this _____ day of June, 2003, upon consideration of the parties' Joint Motion to Extend Discovery, it is hereby ORDERED that the Motion is GRANTED and the deadlines previously established in this Court's Scheduling Orders are EXTENDED for a period of sixty (60) days.  See Generally: Fed.R.Civ.P. 6(b).

BY THE COURT:


_____
J. CURTIS JOYNER,      J.