IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CATAGNUS                    :        CIVIL ACTION

                            :

        vs.                 :

                            :

ARAMARK CORPORATION, ET AL  :        NO. 02-3529


### ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE

**AND NOW**, this 20TH day of OCTOBER, 2004, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.


_____
        J. CURTIS JOYNER, J.


Civ 15 (8/80)