IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CATAGNUS                         :        CIVIL ACTION
                                 :
        vs.                      :
                                 :        NO. 02-3529
ARAMARK CORPORATION, ET AL


O R D E R

**AND NOW, TO WIT:** This 20TH day of OCTOBER, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                             **MICHAEL E. KUNZ,** Clerk of Court


                             **BY:**_____
                                   ANGELA J. MICKIE
                                   Deputy Clerk




Civ 2 (7/83)
41.1(b)